

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:   01-21-00455-CV

Trial court case number:  2020-63081

Trial court:              127th District Court of Harris County

On May 9, 2022, appellant, FMC Technologies, Inc., filed an Unopposed Motion for Leave to File Appellant's Brief Under Seal. Appellant explained in its motion that it had already filed a redacted brief, and that it seeks to file an unredacted brief under seal.

Appellant's motion is **granted**.

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually

Date:  June 7, 2022